# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL GEORGE ERBSTOESSER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81544

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed a notice of appeal on July 2, 2020. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on May 13, 2020, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-30122

cc: Hon. Michelle Leavitt, District Judge
Hon. Michael Villani, District Judge
Russell George Erbstoesser
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk